

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00242-CV

———————————————

HUNTER HART, Appellant

V.

MACY HART, Appellee

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-722093-22

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion to Abate/Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 11, 2024